1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LOTICOL CHASTANG,                    )   No. C 12-1166 JSW (PR)
                                         )
10              Petitioner,              )   **ORDER TO SHOW CAUSE;**
                                         )   **GRANTING LEAVE TO PROCEED IN**
11       vs.                             )   **FORMA PAUPERIS**
                                         )
12   T. VARGA, Warden,                   )
                                         )
13              Respondent.              )   **(Docket No. 6)**
                                         )
14   _____    )

15
16                          **INTRODUCTION**

         Petitioner is a California prisoner proceeding pro se, and he has filed a pro se
17
     habeas corpus petition pursuant to 28 U.S.C. § 2254.  He has applied for leave to proceed
18
     in forma pauperis.  This order directs Respondent to show cause why the petition should
19
     not be granted.
20
                            **BACKGROUND**
21
         Petitioner was convicted in Alameda County Superior Court after pleading nolo
22
     contendere to counts of carjacking and the use of a firearm.  He did not appeal his
23
     conviction.  He filed habeas petitions in all three levels of the California courts, and the
24
     petitions were denied.
25
                            **DISCUSSION**
26
     I    <u>Standard of Review</u>
27
         This court may entertain a petition for a writ of habeas corpus "in behalf of a
28

person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." *Id.* § 2243.

II   <u>Legal Claims</u>

As grounds for federal habeas relief, Petitioner claims: (1) he received ineffective assistance of counsel; (2) exculpatory evidence was kept from him by his attorney, the trial court, and the prosecutor; and (3) his sentence included an enhancement for the use of a gun that was not proven to a jury beyond a reasonable doubt, in violation of his right to a jury. Petitioner's claims are sufficient to warrant a response from Respondent.

**CONCLUSION**

For the foregoing reasons and for good cause shown,

1. The Clerk shall serve by certified mail a copy of this order and the petition, and all attachments thereto, on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

2. Respondent shall file with the Court and serve on Petitioner, within **ninety (90)** days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based upon the claims found cognizable above. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (30)** days of the date the answer is filed.

3. Respondent may, within **ninety (90) days**, file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to

Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30)** days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)** days of the date any opposition is filed.

4.  It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

5.  The application to proceed in forma pauperis (docket number 5) is GRANTED in light of Petitioner's lack of funds.

IT IS SO ORDERED.

DATED:  June 5, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOTICOL KIRK CHASTANG,

        Plaintiff,

  v.

T. VIRGA et al,

        Defendant.

_____/

Case Number: CV12-01166 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Loticol Kirk Chastang F41212
CSP Sacramento
C6-110
P.O. Box 290066
Represa, CA 95671

Dated: June 5, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk