IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTICOL CHASTANG,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>T. VIRGA, Warden,<br><br>　　　　Respondent. | No. C 12-1166 JSW (PR)<br><br>**ORDER DENYING EXTENSION OF TIME**<br><br>(Docket No. 14) |

　　　　This case was dismissed on January 7, 2013. Petitioner has filed a motion for an extension of time in which to "file objections to Magistrate Judge recommendations." The motion is DENIED because Petitioner has no right to file such objections as the judgment and order were issued by the undersigned District Judge. If he wishes to appeal the judgment, he must file a notice of appeal, for which he is granted an extension of time to and including **March 1, 2013**.

　　　　IT IS SO ORDERED.

DATED: February 8, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOTICOL KIRK CHASTANG,

       Plaintiff,

  v.

T. VIRGA et al,

       Defendant.

Case Number: CV12-01166 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Loticol Kirk Chastang F41212
CSP Sacramento
C6-110
P.O. Box 290066
Represa, CA 95671

Dated: February 8, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk