IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTICOL CHASTANG,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>T. VIRGA, Warden,<br><br>　　　　Respondent. | No. C 12-1166 JSW (PR)<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>(Docket No. 16) |

　　　This case was dismissed on January 7, 2013. Petitioner has filed a request for appointment of counsel. The motion is DENIED because the case is closed. If he wishes to appeal the judgment, he must file a notice of appeal, for which he has been granted an extension of time to and including **March 1, 2013**. If he timely appeals, he may request appointment of counsel in the Court of Appeals.

　　　IT IS SO ORDERED.

DATED: FEB 2 5 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOTICOL KIRK CHASTANG,

    Plaintiff,

v.

T. VIRGA et al,

    Defendant.
_____/

Case Number: CV12-01166 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Loticol Kirk Chastang F41212
CSP Sacramento
C6-110
P.O. Box 290066
Represa, CA 95671

Dated: February 25, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk